**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re:<br>James McNally | Case Number 22-10111-CJP<br>Chapter 13 |
|---|---|

**ORDER REGARDING DEBTOR'S MOTION FOR DETERMINATION**
**OF FINAL CURE AND PAYMENT [DOC. NO. 114]**

Before the Court is the Motion of James McNally (the "Debtor") for Determination of Final Cure and Payment pursuant to Bankruptcy Rule 3002.1(h) of September 18, 2024 [Doc. No. 114], and following hearing held on January 29, 2025 regarding same at which the parties reported the resolution of this matter, and no objections to the form of order having been filed in accordance with the Order entered at ECF No. 142, it is hereby ORDERED AND DECREED:

1. As of the date of this Order, the Debtor shall be deemed to have satisfied all post-petition mortgage payment obligations to NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") through and including the payment that came due on **November 1, 2024**.

2. To the extent that the Debtor disputes the application of any further payment(s) beyond the payment credited to satisfy the November 1, 2024 due date following the entry of an order of discharge in this case, the Debtor and/or his counsel (as appropriate) shall confer with NewRez and/or its counsel (as appropriate) directly to address same.

3. By virtue of this Order, the Debtor's Motion for Determination of Final Cure and Payment pursuant to Bankruptcy Rule 3002.1(h) of September 18, 2024 [Doc. No. 114] shall be deemed **MOOT**.

Dated: May 12, 2025

Christopher J. Panos
United States Bankruptcy Judge