**Fill in this information to identify the case:**

Debtor 1 James McNally

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the _____ District of Massachusetts
(State)

Case number: 22-10111-FJB

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing    **Court Claim No.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX6677

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | 02/28/2022 | (3) | $475.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 03/07/2022 | (5) | $725.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify:_____ | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

**Debtor 1**  James McNally  
          First Name    Middle Name    Last Name

**Case Number (*if Known*)** 22-10111-FJB

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Tracy A. Kish  
   Signature

Date: March 23, 2022

**Print:** Tracy A. Kish  
      First Name    Middle Name    Last Name

Title: Attorney

Company: Korde & Associates, P.C.

Address: 900 Chelmsford Street, Suite 3102  
       Number    Street

Lowell, MA 01851  
City    State    ZIP Code

Contact phone: (978) 256-1500

Email: bankruptcy@kordeassociates.com

Case No: 22-10111-FJB

**UNITED STATES BANKRUPTCY COURT**

I, Tracy A. Kish, Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing hereby sign this *Notice of Post-Petition Mortgage Fees, Expenses, and Charges* for purposes of filing the same electronically on behalf of our client on this March 23, 2022.

Dated:  03/23/2022

<u>/s/ Tracy A. Kish</u>
Tracy A. Kish, Esquire
BBO# 656918
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 22-10111-FJB |
|---|---|
| James McNally | Chapter 13 |

CERTIFICATE OF SERVICE

    I, Tracy A. Kish, Attorney for **NewRez LLC d/b/a Shellpoint Mortgage Servicing and/or its successors and assigns** hereby certify that on March 23, 2022, I electronically filed the foregoing *Notice of Postpetition Mortgage Fees, Expenses, and Charges* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

James McNally
253 Nottingham Drive
Centerville, MA 02632

                                        /s/ Tracy A. Kish
                                        Tracy A. Kish, Esquire
                                        BBO# 656918
                                        Korde & Associates, P.C.
                                        900 Chelmsford Street, Suite 3102
                                        Lowell, MA 01851
                                        Tel: (978) 256-1500
                                        bankruptcy@kordeassociates.com

22-039508 / BK01